IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEOFFREY ADAMS,<br>        Plaintiff<br><br>vs.<br><br>MARDI HUNSBERGER, Superintendent;<br>GARY HILER, Acting Major (PRC);<br>PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS; IVORY BARNETT,<br>Hearing Examiner; ROBERT S. BITNER,<br>Chief Hearing Examiner,<br>        Defendants | Civil Action No. 04-213J<br>Judge Kim R. Gibson/<br>Magistrate Judge Amy Reynolds Hay<br><br><br><br><br><br><br>Re: Dkt. [38] |

### ORDER

AND NOW, this 25th day of September, 2007, after the Plaintiff, Geoffrey Adams, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by Plaintiff which are without merit, and upon independent review of the motion for summary judgment and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is granted;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

KIM R. GIBSON
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Geoffrey Adams
AJ-2049
SCI Frackville
1111 Altamont Boulevard
Frackville, PA 17931

Mariah Passarelli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219